

Evan A. Andersen
*Partner*

Direct: 470-598-0800
Evan.andersen@sriplaw.com

August 30, 2023

**VIA CM/ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:    The Granger Collection, LTD. v. Pacific Press Service et al
            Case No. 1:23-cv-03647-PGG
            Our File: 00883-0001

Dear Judge Gardephe,

I represent Plaintiff The Granger Collection, Ltd. dba Granger Historical Picture Archive dba Sarin Images ("Granger" or "Plaintiff") in the above-referenced matter. This letter motion to adjourn is written pursuant to sections I(A) and (E) of Your Individual Practices in Civil Cases.

On May 4, 2023, the Court entered the Notice of Initial Pretrial Conference [ECF No. 3], scheduling the Initial Pretrial Conference for August 31, 2023, at 10:30 a.m. On August 2, 2023, Plaintiff filed Motion to authorize Alternative Service [ECF No. 11], requesting an order authorizing service process on defendants via electronic mail, pursuant to Federal Rule of Civil procedure 4(f)(3). The reason is that Defendant Pacific Press Service is a Foreign Corporation with a principal place of Business in Tokyo, Japan, and Defendant Robert Kirschenbaum is an individual who also resides in Tokyo, Japan. Plaintiff has requested that Defendants waive service and has waited sixty days with no response. No attorneys have appeared to represent Defendants, nor have they responded to the Complaint. To date, the Court has not issued a decision on the Motion.

Due to the pending Motion, Plaintiff hereby requests that the Initial Pretrial Conference scheduled for August 31st at 10:30 a.m., be adjourned to a date in Early-Mid October, or such

| **FLORIDA** | **NEW YORK** | **CALIFORNIA** | **GEORGIA** | **TENNESSEE** |
|---|---|---|---|---|
| 21301 Powerline Road Suite 100 Boca Raton, FL 33433 | 175 Pearl Street 3rd Floor Brooklyn, NY 11201 | 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 3372 Peachtree Road Suite 115 Atlanta, GA 30326 | 818 18th Avenue S. 10th Floor Nashville, TN 37203 |

Main: 561-404-4350 | Fax: 561-404-4335 | www.sriplaw.com | info@sriplaw.com

Page 2

other period as deemed appropriate by the Court. Plaintiff's counsel would be available on the 23rd or 30th of October, 2023. This is the first such request for an extension. Opposing counsel has not appeared, and so cannot consent.

If you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

**SRIPLAW**

Evan A. Andersen

**MEMO ENDORSED:** The conference previously scheduled for August 31, 2023 is adjourned to October 26, 2023 at 10:00 a.m.

SO ORDERED.

Paul G. Gardephe
United States District Judge
    Dated: September 6, 2023

| FLORIDA | NEW YORK | CALIFORNIA | GEORGIA | TENNESSEE |
|---|---|---|---|---|
| 21301 Powerline Road<br>Suite 100<br>Boca Raton, FL 33433 | 175 Pearl Street<br>3rd Floor<br>Brooklyn, NY 11201 | 8730 Wilshire Boulevard<br>Suite 350<br>Beverly Hills, CA 90211 | 3372 Peachtree Road<br>Suite 115<br>Atlanta, GA 30326 | 818 18th Avenue S.<br>10th Floor<br>Nashville, TN 37203 |

Main: 561-404-4350 | Fax: 561-404-4335 | www.sriplaw.com | info@sriplaw.com