UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:  1:23-cv-03647-PGG

| | |
|---|---|
| THE GRANGER COLLECTION, LTD. dba GRANGER HISTORICAL PICTURE ARCHIVE dba SARIN IMAGES,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRESS SERVICE and ROBERT KIRSCHENBAUM, an individual,<br><br>Defendants. | |

## ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE

Before the Court is Plaintiff THE GRANGER COLLECTION, LTD. dba GRANGER HISTORICAL PICTURE ARCHIVE dba SARIN IMAGES' MOTION (DE 11).  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED,** authorizing the Defendants in this matter to be served by Plaintiff through the alternative means requested in the Motion.

*Paul S. Gardephe*

UNITED STATES DISTRICT JUDGE
HONORABLE PAUL G. GARDEPHE

Dated:  October 19, 2023