

Evan A. Andersen
*Partner*

Direct: 470-598-0800
Evan.andersen@sriplaw.com

October 24, 2023

**VIA**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

   Re:   The Granger Collection, LTD. v. Pacific Press Service et al
          Our File:  00883-0001
          Civ. No. 1:23-cv-03647-PGG

Dear Judge Gardephe,

I represent Plaintiff The Granger Collection, Ltd. dba Granger Historical Picture Archive dba Sarin Images ("Granger" or "Plaintiff") in the above reference matter. This letter motion is written pursuant to paragraph I(A) and (E) of Your Individual Practices in Civil Cases.

On September 6, 2023, the Court entered the Order Granting [ECF No. 12] Letter Motion to Adjourn Conference [ECF No. 14], scheduling the Initial Pretrial Conference for October 26, 2023, at 10:00 a.m. On August 2, 2023, Plaintiff filed its Motion to authorize Alternative Service [ECF No. 11], requesting an order authorizing service process on defendants via electronic mail, pursuant to Federal Rule of Civil procedure 4(f)(3). No attorneys have appeared to represent Defendants, nor have they responded to the Complaint. On October 19, 2023, the Court entered Order Granting Motion for Alternative Service [ECF No. 20].

On October 20, 2023, Plaintiff filed a Request for Issuance of Amended Summons as to Defendant Pacific Press Service [ECF No. 21], and a Request for Issuance of Amended Summons to Defendant Robert Kirschenbaum [ECF No. 22]. These Amended Summonses were needed because the lead attorney listed on the initial summons changed firms since the initial summons were issued. As the Amended Summonses have not yet been issued, the Defendants have not

| **FLORIDA** | **NEW YORK** | **CALIFORNIA** | **GEORGIA** | **TENNESSEE** |
|---|---|---|---|---|
| 21301 Powerline Road
Suite 100
Boca Raton, FL 33287 | 175 Pearl Street
3rd Floor
Brooklyn, NY 11201 | 8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211 | 3372 Peachtree Road
Suite 115
Atlanta, GA 30326 | 818 18th Avenue S.
10th Floor
Nashville, TN 37203 |

Main: 561-404-4350 | Fax: 561-404-4335 | www.sriplaw.com | info@sriplaw.com

Page 2

yet been served, and so will not be able to appear at the October 26, 2023, Initial Planning Conference.

Due to the Pending Issuance of Summons and Alternative Service on Defendants, Plaintiff hereby requests that the Initial Pretrial Conference scheduled for October 26th at 10:00 a.m., be adjourned to a date in mid-to-late November, or such other period as deemed appropriate by the Court. This is the second such request for an extension.

If you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

**SRIPLAW**

*/s/ Evan A. Andersen*

Evan A. Andersen

**MEMO ENDORSED:** The conference currently scheduled for October 26, 2023 is adjourned to **November 16, 2023 at 10:00 a.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: October 25, 2023

| FLORIDA | NEW YORK | CALIFORNIA | GEORGIA | TENNESSEE |
| --- | --- | --- | --- | --- |
| 21301 Powerline Road
Suite 100
Boca Raton, FL 33433 | 175 Pearl Street
3rd Floor
Brooklyn, NY 11201 | 8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211 | 3355 Lenox Road NE
Suite 750
Atlanta, GA 30326 | 818 18th Avenue S.
10th Floor
Nashville, TN 37203 |

Main: 561-404-4350 | Fax: 561-404-4335 | www.sriplaw.com | info@sriplaw.com