UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GRANGER COLLECTION, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> PACIFIC PRESS SERVICE, et al., <br><br> Defendant(s). | 23-CV-3647 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On November 15, 2023, the Court ordered Plaintiff to file on ECF a letter updating the Court on the status of its case by November 22, 2023. ECF No. 28. The letter is now overdue. Accordingly, it is hereby ORDERED that Plaintiff shall file a status letter by **December 4, 2023**. Plaintiff is on notice that failure to prosecute its case and comply with the Court's orders will result in dismissal of its case.

As stated in the Court's Order on November 15, 2023, Plaintiff's letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s) (including a description of contact efforts that have been made to date), and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

SO ORDERED.

Dated: November 27, 2023
New York, New York

DALE E. HO
United States District Judge