UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Granger Collection, LTD., <br><br>      Plaintiff,<br><br>   v.<br><br>Pacific Press Service et al.,<br><br>      Defendants. | 23-CV-3647 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  No action has occurred in this matter since October 24, 2024. On November 3, 2025, the Court ordered the Parties to provide a status update regarding this litigation on or before November 17, 2025. ECF No. 47. The parties did not respond to the Court's order.

  The parties are directed to provide a status update regarding this litigation on or before November 21, 2025. Further failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: November 19, 2025
   New York, New York

                   DALE E. HO
                   United States District Judge